UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELAZQUEZ, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

                    Plaintiff,

- against -

INTERCOMSONLINE.COM, LLC,

                    Defendant.

22-cv-4386 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for August 11, 2022 is **canceled**. In light of the Notice of Voluntary Dismissal, ECF No. 5, the Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            August 3, 2022

                                      John G. Koeltl
                             United States District Judge